# Exhibit A

TAB                                                SP

01      14                      NKNOWN
                                SALINA,        0

V                                        EM

                                         DAVI ,

CH   REN   O   AL

ING INVESTI                                              S    1

HORN                                        1/0

CERTI ED   P  OF  AL
                    OF                          OF
true a d exa   reprodu   n of the d  ume  t o   reg s ered
e  on file in    o   of      County  lerk-Recorder
                              2 201
DA
This copy   not            on an         r    the    seal