# Exhibit D



3.    I obtained my medical education from Bukovynian State Medical University in Western Ukraine. Following graduation I v   a research assistant at the University of Alabama in Birmingham, Alabama and then post doctorate fellow in the Department of Neurology at Johns Hopkins School of Medicine, Baltimore, Maryland. I then continued my clinical training as an intern at the Department of Internal Medicine at the University of Tennessee in Memphis and later as a resident at the Department of Neurology at the University of Tennessee in Memphis. I finished my neurology training as a senior resident at the Case Western Reserve University School of Medicine in Cleveland Ohio. After graduating from Case Western University I became a clinical fellow and a neurology instructor in the Department of Neurology and Neurosurgery, Division of Neurocritical Care at the University of Virginia in Charlottesville, Virginia. I   a member in good standing of the American Academy of Neurology,   e Neurocritical Care Society, d Jo   s Hopkins Medical and Surgical Association. I am on the Peer Review Commi      for papers submitted to the Neurocritical care Journal.

4.    I have affiliations with the following hospitals: Winthrop U   versity Hospital in  ·   ola, NY, South   assau Communities Hospital; North Shore University   ospital, Huntington Hospital;  len Cove Hospital; Syosset Hospital; Long Island Jewish Medical Center   d Mercy Medical Center

5.    I have reviewed the following material: (1) the MRI slide of Jahi McMath's Brain from Dr. Calixto Machado report, (2) the MRA slide of Jahi McMath's Brain from   . Calixto Machado report and:   ) the EEG report of Jahi's brain perform   by  ena Labkovsky, PhD.

6.    I have the following opinions to a reasonable degree of med'  l certainty   d probability:

7.    According to the reports I     read Ms. Jahi McMath on December 9th 2013 suffered   sive blood loss and subsequent cardiac arrest after surgery for treatment of sleep apnea. This

2

DECLARATION OF IVAN MIKOLAENKO, M.D,

1    event lead to a drop in cerebral perfusion and severe anemia, which caused her brain to be

2    deprived of oxygen (hypoxia) and sugar (hypoglycemia) supply, and subsequently led to critical

3    shortage of energy (energy crisis) for neurons. At the same time decreased blood flow to her brain

4    caused decreased removal of lactic acid and other toxic metabolites, which altogether led to

5    permanent damage of certain areas of her brain. But following global ischemia neurons in her

6    brain did not die suddenly and all at once. Many neurons underwent necrosis and apoptosis (self-

7    destruction), but some survived and recovered some function after brain edema resolved and brain

8    blood flow was restored. This happened most likely due to brain cells selective vulnerability: some

9    neurons are more vulnerable to lack of oxygen and energy than others.

10

11       8.      The brain structure evidenced in her MRI is not consistent with an MRI of a patient that

12   has been brain dead over nine (9) months. By definition, the so called "respirator brain" is non-

13   perfused brain, which develops due to a major global ischemic event and in which cerebral

14   perfusion is not restored. This patient's MRA shows that there is some cerebral blood flow which

15   was restored some time after the event. Also the slide of her brain MRI does not show so called

16   "liquefied brain", which by definition is brain with necrotic and autolytic (self-destruction)

17   changes, simply sad the sterile decay of the brain that has mostly died while the rest of her body

18   was kept alive. I could not identify complete disintegration of her brain tissue from the slide I saw,

19   and I did not see complete autolysis (enzymatic auto-digestion) which usually ends in liquefaction

20   of brain. Such brain most vital functions should be ceased and there should not be any generation

21   of electrical activity by dead neurons.

22

23       9.      The EEG done by Dr. Labkovsky and her report shows some electrical brain wave

24   activity.

25       10.     Based on my review of all information submitted to me and of the testing results

26   performed by other expert witness specialists on Jahi McMath, it is my opinion that she without

27

28

3

DECLARATION OF IVAN MIKOLAENKO, M.D.

1   any doubt has suffered a very significant brain injury which most certainly led to permanent and

2   severe brain damage. However, it is my opinion that she at this time does not meet the criteria for

3   brain death, because she seems to be not in coma anymore as her testing results and some video

4   material showed some evidence of responsiveness to commands

5

6      11.     I declare under the penalty of perjury under the laws of the State of California that the

7   forgoing is true and correct. Signed October 7, 2014, in *Mineola NY*

8

9

10

11   IVAN MIKOLAENKO, M.D.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4

DECLARATION OF IVAN MIKOLAENKO, M.D.

# Exhibit E

1   Christopher B. Dolan, Esq. (SBN 165358)
    Aimee E. Kirby, Esq. (SBN 216909)
2   THE DOLAN LAW FIRM
    1438 Market Street
3   San Francisco, California 94102
    Tel: (415) 421-2800
4   Fax: (415) 421-2830

5
    Attorneys for Plaintiff
6   LATASHA WINKFIELD

7
                    SUPERIOR COURT OF CALIFORNIA
8                       COUNTY OF ALAMEDA

9

10  LATASHA WINKFIELD, an individual          Case No. PR13-707598
    parent and guardian of Jahi McMath, a
11  minor                                     DECLARATION OF CHARLES J.
                                              PRESTIGIACOMO, M.D., IN SUPPORT
12              Plaintiff,                     OF PLAINTIFF'S WRIT OF ERROR
                                              CORAM NOBIS AND REQUEST FOR
13  v.                                        REVERES OF JUDICIAL
                                              DETERMINATION OF BRAIN DEATH
14                                            OF JAHI McMATH

15  CHILDREN'S HOSPITAL & RESEARCH
    CENTER AT OAKLAND, Dr. David
16  Durand M.D. and DOES 1 through 10,
    inclusive
17
18              Defendants.

19

20  I, Charles J. Prestigiacomo, M.D., declare as follows:

21      1.      I am a Board Certified Physician in Neurological Surgery . I make this declaration of

22  my own personal knowledge in support of Plaintiff's Petition regarding the status of Jahi McMath

23  concerning brain death.

24      2.      Attached to this Declaration is a true and correct copy of my Curriculum Vitae as

25  Exhibit "A." It is incorporated herein, is made of my own personal knowledge and constitutes a

26  Business Record under the California Evidence Code.

27      3.      In 1993, I graduated from the Columbia University College of Physicians and

28

                                              1
    DECLARATION OF CHARLES PRESTIGIACOMO, M.D.

1  Surgeons. I then went on to complete my Residency in Neurological Surgery at the Neurological

2  Institute of New York, Columbia-Presbyterian Medical Center. I followed my Residency with a

3  fellowship in Endovascular Neurosurgery at Beth Israel Medical Center, New York, Institute of

4  Neurology and Neurosurgery, Center for Endovascular Surgery.

5
   4.     Currently, I am a Professor in the Department of Neurological Surgery and Radiology,

6
   at the New Jersey Medical School. I am also the Director of Cerebrovascular and Endovascular

7
   Neurosurgery at the University Hospital, and the Program Director of the Neurosurgical

8
   Residency Program at the New Jersey Medical School. Lastly, I am a Research Professor in the

9
10 Department of Biomedical Engineering at the New Jersey Institute of Technology.

11
   5.     I have reviewed the following material: (1) the MRI of Jahi McMath's Brain, (2) the

12
   MRA of Jahi McMath's Brain both conducted at University Hospital.

13
   6.     I have the following opinions to a reasonable degree of medical certainty and

14
15 probability:

16
   7.     The brain structure evidenced in the MRI is not consistent with an MRI of a patient

17 that has been brain dead over nine (9) months.

18
   8.     The MRA shows that there is intracranial blood flow which is inconsistent with the

19 standard definition of brain death imaging (REFERENCE)

20
   9.     Based on my review of the testing performed on Jahi McMath it is my opinion that she

21
   has suffered a very significant brain injury which will most certainly lead to permanent and severe

22
   brain damage however, it is my opinion that, at present, she does not meet the imaging criteria for

23
24 brain death

25
   10.    I declare under the penalty of perjury under the laws of the State of California that the

26 forgoing is true and correct.

27
   11.    Signed October  9 , 2014, in   Newark  , NJ .

28

2

DECLARATION OF CHARLES PRESTIGIACOMO, M.D.

1

2     Charles J. Prestigiacomo, M.D.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF CHARLES PRESTIGIACOMO, M.D.