

3. Fragment-3





Value= 5.96E+1

(X= -45 , Y= -75 , Z= 35) (MNI coords)

Best Match at 0 mm

Brodmann area 39

Angular Gyrus

Parietal Lobe



R [Y]   [X,Y,Z]=[-3,52,1][mm] ; [2.41E-2]

+5   A                              P

-10

-5    0    +5 cm (X)    (Y) +5           -10 cm

Value= 1.57E+2

(X= -20 , Y= 65 , Z= -10) (MNI coords)

Best Match at 0 mm

Brodmann area 11

Superior Frontal Gyrus

Frontal Lobe






Patient's Name: Jahi McMath

5. Fragment-5





Value= 4.25E+1

(X= 5 , Y= 65 , Z= -15) (MNI coords)

Best Match at 0 mm

Brodmann area 11

Medial Frontal Gyrus

Frontal Lobe



Patient Name: Jahi McMath

6. Fragment-6



Value= 3.81E+1

(X= -55 , Y= -75 , Z= 5) (MNI coords)

Best Match at 0 mm

Brodmann area 19

Middle Occipital Gyrus

Occipital Lobe



7. Fragment-7





Value= 2.35E+1

(X= -10 , Y= -85 , Z= 40) (MNI coords)

Best Match at 0 mm

Brodmann area 19

Middle Occipital Gyrus

Occipital Lobe

