# Exhibit G

 DOLAN LAW FIRM

1438 MARKET STREET
SAN FRANCISCO, CA 94102
PHONE 415.421.2800
FAX 415.421.2830

1498 ALICE STREET
OAKLAND, CA 94612
PHONE 510.992.6005
FAX 510.452.2830

TOLL FREE 888.424.5352
WWW.CBDLAW.COM

June 18, 2015

**Via First Class Mail**
Muntu Davis, M.D., Health Officer
Alameda County Health Care Services Agency and
Local Registrar of Births and Deaths
1000 Broadway, Suite 500
Oakland, CA 94607
Office: (510) 267-8070
Fax: (510) 267-8073

Re: Jahi McMath

Dear Dr. Davis,

Recently we spoke about Jahi McMath and the Death Certificate issued by your office. You informed me that I would need to speak with the Bureau of Vital Statistics in Sacramento, within CDPH. As you will see by the attached letter, I have done so. They have said that the only person who can seek a change of Jahi's Death Certificate and status is you.

I know this is a "bouncing ball" of an issue. But, as you are designated as the one who can make this change, I request that you rescind, revise, change or invalidate the Death Certificate. I have attached numerous declarations from physicians and other relevant data showing that Jahi is not dead. I also provide a DVD of clips showing a request response pattern, distinct to the extremity identified and requested for movement that is responded to.

I can put you in contact with her current pediatrician if you would like to speak with her.

As the Death Certificate was never complete and/or finalized, is missing critical certification and verification, in the face of this contrary evidence, the moniker of death should be removed from Jahi so she can return to California. Now she lives in exile with her mother in New Jersey as that is the only state with a religious exemption to the declaration of brain death. Jahi and her mother desperately want to come home to California where Jahi can have more family

 **DOLAN LAW FIRM**

involvement and support.

　　　While I know this is a political football, you are the last stop for this family seeking justice and life for their daughter. Please review the evidence and respond to me promptly with your decision.  Whether it is yes or no, I need to know so I can pursue other legal options.

Regards,

Christopher B. Dolan

# Exhibit H

**From:** Guillermo Bustillo ███████████████████████
**Sent:** Tuesday, September 01, 2015 3:05 PM
**To:** Nefouse, David, County Counsel
**Subject:** Jahi McMath

Mr. Nefouse,

Please find attached a letter dated June 18, that was sent to Dr. Muntu Davis along with the material that was submitted to the California Department of Public Health.

We submitted the material to the CDPH in May and was told by them that only the coroner can amend the Death Certificate. We then sent a copy of all the documents that are attached to Dr. Muntu Davis. I called to follow up with Dr. Davis and was told I would have to follow up with your office regarding this request.

I believe you spoke with Mr. Dolan, and requested that we send you a copy of the attached material.

As usual, should you have any questions, please contact Chris Dolan by email at ████████████████ or by phone at (415) 421-2800.

Regards,

Guillermo

--

# Exhibit I



## Fwd: Jahi McMath

From: **Guillermo Bustillo** <
Date: Thursday, September 10, 2015
Subject: Jahi McMath
To: "Dickey, Scott, County Counsel" <Scott.Dickey@acgov.org>

Mr. Dickey,

I just wanted to check in and see if you had the opportunity to review the material that was submitted to Mr. Nefouse on Sept 1st. If you could get back to us as soon as possible re our request, it would be greatly appreciated.

Regards,
Guillermo

On Fri, Sep 4, 2015 at 4:55 PM, Nefouse, David, County Counsel <david.nefouse@acgov.org> wrote:

> Mr. Bustillo,
>
> Thank for your email (and letter that arrived today). I believe the information you sent over to me was initially requested by Dr. Muntu Davis in his last correspondence with your office. As such, I am forwarding your email to Deputy County Counsel Scott Dickey (cc'ed on this email), who works with Dr. Davis and the Alameda County Public Health Department.
>
> Kind regards,
>
> David Nefouse



L. David Nefouse |
Deputy County Counsel
Office of the County
Counsel
1221 Oak Street, Suite
430 | Oakland, California
94612
510-272-6700 | Direct
Line 510-272-3813 |
Facsimile No. 510-272-
5020
david.nefouse@acgov.org

**From:** Guillermo Bustillo [mailto:
**Sent:** Tuesday, September 01, 2015 3:05 PM
**To:** Nefouse, David, County Counsel
**Subject:** Jahi McMath

Mr. Nefouse,

Please find attached a letter dated June 18, that was sent to Dr. Muntu Davis along with the material that was submitted to the California Department of Public Health.

# Exhibit J



## DOLAN LAW FIRM

## Fwd: McMath

From: Chris Dolan <                    >
Date: Wednesday, September 16, 2015
Subject: McMath
To: Scott.Dickey@acgov.org

Dear Scott:

It has been several weeks since we provided the requested materials concerning Jahi McMath and submitted our request that the county rescind or amend Jahi's Death Certificate. I have emailed you and called you to try and get your decision concerning whether the County will agree to amend or rescind her Death Certificate. I have provided ample evidence why the Death Certificate is both procedurally and substantively flawed. I have provided further evidence of the fact that Jahi McMath does not meet the definition of brain death as her condition was/is not total and irreversibly cessation of all activity including at the brain stem.

I have been down a long path in this odyssey starting with the County Counsel's Office which said that the Death Certificate was to be registered with the California Department of Public Health Vital Records department and, as it had been more than one year since the certificate had been issued, the only entity with jurisdiction and the ability to amend or rescind the Death Certificate was the California Department of Public Health Vital Records.

As the information I have previously provided you shows, I submitted a request to the California Department of Public Health Vital Records to amend or change Jahi's Death Certificate. I was informed I would have to go to the Oakland Public Health Office and speak with the issuer of the Death Certificate, Dr. Muntu Davis, which I did. It is Dr. Davis' name that appears on the Death Certificate. After I contacted his office several times he indicated that I should direct any inquiry to The County Counsel's office. Hence my submission to you.

This is the last stop for Jahi. She and her mother are living in New Jersey alone and apart from friends, family, employment and community support. Nailah and Jahi want to come home. Please indicate your willingness to amend the Death Certificate or your denial to do so. If I do not hear from you in two (2) weeks I will assume you have denied her petition.

Regards,

Chris Dolan

# Exhibit K



DOLAN LAW FIRM

Fwd: McMath

From: **Chris Dolan** < >
Date: **Wednesday, September 23, 2015**
Subject: McMath
To: "Nefouse, David, County Counsel" <david.nefouse@acgov.org>, Scott.Dickey@acgov.org

Mr. Nefouse,

I understand that you have forwarded my request to Mr. Dickey, unfortunately, I have been able to reach him via email or by phone. It has been several weeks since we provided the requested information to have Jahi McMaths death certificate revised or rescinded. We respectfully request a response within a week.

Regards,
Chris Dolan

# Exhibit L



VIA ELECT

Christopher
Dolan Law Fi
1438 Market
San Francisc

RE:   Jahi M

Dear Mr. Dola

The Alameda
County Public
September 1,
revise, chang
January 3, 20

After reviewin
page 8 throug
Health Depart
certificate of M
Coroner and/o
McMath under

And, critically,
issued a judgr
Safety Code s
Judgment in J
challenge the
that matter. A
long expired, a
Accordingly, th
change, or inv

As always, the
(510-272-3813

Our clients ext

---

[1] It should be noted that the death certificate for Ms. McMath was issued after you, Mr. Dolan, on behalf of the McMath family, requested that the Coroner issue the death certificate following the December 26, 2013 order by the Court finding that Ms. McMath was brain dead in accordance with the California Health and Safety Code sections 7180, 7181.

Mr. Christopher B. Dolan
October 9, 2015
Page 2

Very truly yours,

DONNA R. ZIEGLER
County Counsel

By

L. David Nefouse
Deputy County Counsel

ldn/ldn

cc:  Mr. K. Scott Dickey, Esq. (via email only)

# Exhibit M

1  Christopher B. Dolan, Esq. (SBN 165358)
   Aimee E. Kirby, Esq. (SBN 216909)
2  THE DOLAN LAW FIRM
   1438 Market Street
3  San Francisco, California 94102
   Tel: (415) 421-2800
4  Fax: (415) 421-2830

5
   Attorneys for Plaintiff
6  LATASHA WINKFIELD / JAHI McMATH

7

8           UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
                                    CALIFORNIA
9

10  In the Matter of Jahi McMath           Case No. PR13-707598

11                                         Declaration of Alieta R. Eck M.D.

12

13  I, Alieta R. Eck M.D. Declare the following:

14

15      1.   I am an adult natural person, licensed, and in good standing, as a medical doctor in the

16           State of New Jersey.  My medical license number is 25MA03992800.  I practice in the

17           field of internal medicine.

18      2.   I am the primary care physician for Jahi McMath and have been so for many months

19  now.

20      3.   I have examined Ms. McMath on numerous occasions and have had an opportunity to

21  conduct a full physical examination of her.

22      4.   I have observed Jahi's physical movements, skin condition, and have been able to see

23  the display and record of her vital signs.

24
25      5.   I have reviewed documentation maintained by licensed care providers who attend to

26  Jahi daily and who chart her vital signs and physical presentation.

27      6.   I have reviewed laboratory data concerning Jahi McMath's blood work which provides

28

Declaration of Aileta R. Eck M.D.

important data regarding her organ functioning.

7.     Jahi McMath in provided respiratory support through the use of a ventilator. She is bed bound and has been since the inception of my involvement in this medical case.

8.     After my physical examination and review of Jahi' McMath's laboratory data, and medical record since she was discharged to care in her home environment I have sufficient data to opine as to whether or not Jahi McMath is a deceased person.

9.     Jahi McMath has experienced menarche and has now entered into puberty.  This involves the hypothalamus. Puberty starts when the hypothalamus releases a hormone called the gonadotropin releasing hormone. These hormones cause the pituitary gland to make hormones that control other glands and many of the body's functions.  The hormones produced by the pituitary gland signal the start of sexual development in both females and males.

10.     The hypothalamus in a part of the brain.  If it is functioning, as it is in this case, then there is brain function.

11.     I have, within the last month, been physically present when Nailah Winkfield has directed Jahi to move a specific finger, her third, on a specific hand, and Jahi has responded by doing so.

12.     While Jahi McMath has suffered a serious, and significant brain injury, and exhibits the presentation of one who has suffered serious brain trauma, and exhibits signs and characteristics of serious brain damage, Jahi McMath is not dead.  She exhibits signs of brain function.

13.     As Jahi McMath's treating physician, based upon my exam, review of her medical documentation and my experience, training and expertise, it is my opinion, to a reasonable degree of medical certainty that Jahi McMath is not dead, including not brain dead.

\ \ \

Declaration of Aileta R. Eck M.D.

neurological activity in her brain.

I declare under the penalty of perjury under the laws of the State of California that the forgoing is true and correct.  Signed December 22, 2015, in _Piscataway, N.J_

Alieta R. Eck M.D.

Declaration of Aileta R. Eck M.D.

# Exhibit N

1  Christopher B. Dolan, Esq. (SBN 165358)
   Aimee E. Kirby, Esq. (SBN 216909)
2  THE DOLAN LAW FIRM
   1438 Market Street
3  San Francisco, California 94102
   Tel: (415) 421-2800
4  Fax: (415) 421-2830

5
   Attorneys for Plaintiff
6  LATASHA WINKFIELD

7

8  **UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10 In The Matter of Jahi McMath              Case No. PR13-707598

11                                           SUPPLEMENT   DECLARATION   OF
                                             CALIXTO MACHADO, M.D.,
12

13 I, Calixto Machado, M.D., declares as follows:

14    1.  I am an adult natural person and a Medical Doctor who specialized in Neurology. I make

15        this Declaration of my own personal knowledge. If called to testify, I could testify to the

16        following:

17
      2.  In 1976, I graduated from the University of Havana School of Medicine. I completed my
18
          Residency at the Institute of Neurology from 1977-1980. I then went on to complete my First
19
          Degree of Board Certification in Neurology at the Institute of Neurology in 1980. I followed
20
          my First Degree of Board Certification in Neurology with my Second Degree of Board
21
          Certification in Neurology at the Institute of Neurology in 1987.
22

23    3.  Currently, I am a Senior Professor and Researcher in the Department of Neurological-
24
          Clinical Neurophysiology, at the Institute of Neurology in Cuba. I graduated as a Ph.D. in
25
          1992.
26

27    4.  I am a Corrresponding Fellow of the American Academy of Neurology, and President of the

28        Cuban  Society  of  Clinical  Neurophysiology,  and  the  Cuban  Commission  for  the

                                            1
   _____
   SUPPLEMENTAL DECLARATION OF CALIXTO MACHADO, M.D.

1    Determination and Certification of Death.

2    5. I have been published over two hundreds (200) times in peer reviewed journals, and 4 books.

3    I have received numerous awards in my field, in my country, and in USA. I have organized

4    seven International Symposia on Brain Death and Disorders of Consciousness in Havana,

5    since 1992. The last Symposium was recently held on December 8-11, 2015.

6

7    6. I was originally asked by Phillip A. DeFina, PhD, of the International Brain Research

8    Foundation, to review EEG and MRI studies.   The EEG studies were given to me

9    anonymously, meaning that I did not know the patient's name or that the patient was Jahi

10    McMath.   Dr. Defina asked me to review the EEG of a brain injured patient, which I did,

11    and then responded to the question of whether she was "brain dead", saying that the patient

12    did not meet the criteria of total cessation of neurologic function in the brain.

13

14    7. I reviewed and confirmed that the EEG undertaken by Elena Labkovshp, PhD was performed

15    in accordance with Minimum Technical Standards for EEG Recording in Suspected Brain

16    Death (American Clinical Neurophysiology Society).

17    8. In the last several months I have received, and reviewed, additional EEG's of Jahi McMath.

18    9. I processed, with my group in Cuba, the Heart Rate Variability Measurements to access the

19    central autonomic nervous system.

20    10. I personally oversaw the undertaking of a MRI/MRA done at Rutgers University on

21    September 30, 2014, using all conventional sequences (i.e., T1, T2 in different axis,

22    Fractional Anisotropy, etc.).

23

24    11. Jahi McMath's MRI shows that the subject had suffered a serious brain injury.  It is possible

25    to observe ribbons at the level of the cortex, indicating preservation of neocortex. Had she

26    been brain dead without cerebral blood flow since January of 2014, we would not expect to

27    see the structure of the brain to be as it is now; it would have, most likely, liquefied. This

28

2

SUPPLEMENTAL DECLARATION OF CALIXTO MACHADO, M.D.

1    brain did not liquefy, but has maintained tissue structure, in spite of the presence of severe

2    brain injury.

3    12. In my analysis of the patient's heart rate variability, there are remaining spectra in the very

4    low (VLF), low frequency (LF), and median frequency (MB) bands. Also, the frequency of

5    the ventilator is present, but it is possible to observe modulations of amplitude in this peak,

6
     which do not only correspond with the ventilator effect.
7

8    13. I observed the HRV spectra during three experimental conditions: Basal Record,

9    Photostimulation, and "Mother talks to the patient." Based on the empirical date provided

10   to me, I confirmed that there are clear dynamic changes when comparing the three different

11   conditions, indicating an effect of these stimuli to the modulation of the central autonomic

12   nervous system. In plain language, the HRV showed she had an emotion-content response

13
     to the voice of her mother. This heart rate variability activity is not something that would
14
     be present in a brain dead individual, and demonstrates remaining functional activity in the
15
16   brainstem and other brain regions related to the autonomic nervous system.

17   14. I have been physically present with Jahi and her mother in New Jersey on several occasions

18   the most recent being November, 19, 2015.  I have had the opportunity to view numerous

19   occasions in which Jahi has responded to her mother's commands when directed by her to

20   engage in specific, appendage isolated, actions such as movement of her fingers, hands and
21
     feet, which is recorded in videos.
22

23   15. Following my initial observations of the EEG conducted on Jahi McMath, I was able to

24   review the data and process it with my colleagues in Cuba to eliminate any "artifacts," such

25   as the electrocardiogram activity and the respirator effect.  In doing so, I have been able to

26   reproduce, and study, Jahi McMath's EEG free from any interference from these artifacts.

27   16. Using sophisticated technology I have been able to document this activity and I can provide
28

3

SUPPLEMENTAL DECLARATION OF CALIXTO MACHADO, M.D.

1  a visual, graphic, representation of Jahi's EEG activity which shows that there is true

2  bioelectrical activity, denying an electro-cerebral silence (isoelectric EEG).

17. Using the same sophisticated technology I have been able to create a three dimensional computer image of Jahi's brain showing intact cerebral matter, in spite of severe brain injury, which suggests remaining intracranial blood flow. This evidence is incompatible with an expected presentation of a patient who has been brain dead for two years, who by concept, would have needed to present a complete cessation of cerebral blood flow.

18. I also affirm that I did not neurologically exam this patient, because I DO NOT have the US medical license. I only contributed as an international expert, analyzing ancillary tests, and giving my opinion as a professional in this field.

19. I CANNOT give any opinion about her initial diagnosis procedure, because I have not reviewed any document of her early clinical history.

20. I am a defender that brain death means death of the individual.

21. It is my opinion as an expert and defender of the medical diagnosis of brain death, who believes that brain death does occur, that:

- Jahi McMath has remaining neurologic activity/ brain function in her cerebral hemispheres;

- Jahi McMath has remaining neurologic activity/ brain function in her brain stem;

- Jahi McMath, having brain function at both the brain stem and in the cerebral hemispheres **is not brain dead** as defined under California Law. She has evidence of brain function about two years after her initial diagnosis. Therefore she does not have irreversible cessation of all functions of the entire brain, including the brain stem;

4

1
2    I declare under the penalty of perjury under the laws of the State of California that the forgoing
3    is true and correct. Signed December 22, 2015, in Havana Cuba.
4
5
6
7
8
9                                 Calixto Machado, M.D., Ph.D.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUPPLEMENTAL DECLARATION OF CALIXTO MACHADO, M.D.