Christopher B. Dolan (SBN 165358)
Aimee Kirby (SBN 216909)
**THE DOLAN LAW FIRM**
The Dolan Building
1438 Market Street
San Francisco, CA  94102
Tel:  (415) 421-2800
Fax:  (415) 421-2830

Attorneys for Plaintiff
JAHI MCMATH, a minor; and
NAILAH WINKFIELD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHI MCMATH, a minor; NAILAH WINKFIELD, an individual, as parent, as guardian, and as next friend of JAHI McMath, a minor<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF ALAMEDA, et al<br><br>Defendants. | Case No. 3:15-cv-06042 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING OPPOSITION AND REPLY DEADLINES REGARDING DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>**Hearing:** May 12, 2016<br>**Time:** 2:00 PM<br>**Judge:**  Hon. Haywood S. Gilliam Jr.<br><br>**Trial Date:**      None Set |

   This Stipulation is entered into by and among plaintiffs Jahi McMath and Nailah Winkfield (collectively, "Plaintiffs") and defendants State of California, County of Alameda, et al. ("Defendants") (Plaintiffs and Defendants, collectively "the Parties"), by and through their respective counsel. At this time, the defendants are comprised of two groups: "State Defendants" who are the State of California, various state agencies, and various employees of said agencies;

**THE DOLAN LAW FIRM**
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

- 1 -
**STIPULATION AND [PROPOSED] ORDER CONTINUING OPPOSITION AND REPLY DEADLINES REGARDING DEFEDANTS' MOTION TO DISMISS COMPLAINT**

1  and "County Defendants," who are the County of Alameda, various county agencies, and various
2  employees of said agencies.
3      WHEREAS, Plaintiffs filed a complaint in the above-entitled action in the United States
4  District Court, Northern District of California, on December 23, 2015 (the "Complaint") and
5  served the Complaint on Defendants soon thereafter;
6      WHEREAS, after receiving extensions of time to respond, on March 11, 2016, State
7  Defendants filed their Notice of Motion and Motion to Dismiss First Amended Complaint
8  ("Motion to Dismiss") as well as a Request that this Court take judicial notice of certain
9  documents;
10     WHEREAS, pursuant to extensions of time to respond, County Defendants filed their
11 Notice of Motion and Motion to Dismiss First Amended Complaint ("Motion to Dismiss") as
12 well as a Request that this Court take judicial notice of certain documents on March 14, 2016;
13     WHEREAS, a hearing for Defendants' Motion to Dismiss is currently scheduled for May
14 12, 2016;
15     WHEREAS, Plaintiffs' Opposition to State Defendant's Motion to Dismiss is currently
16 due by March 25, 2016;
17     WHEREAS, State Defendants' Reply to their Motion to Dismiss is currently due by April
18 1, 2016;
19     WHEREAS, Plaintiffs' Opposition to County Defendant's Motion to Dismiss is currently
20 due by March 28, 2016;
21     WHEREAS, County Defendants' Reply to their Motion to Dismiss is currently due by
22 April 4, 2016;
23
24     WHEREAS, the parties agree to continue the current opposition and reply deadlines
25 regarding Defendants' Motion to Dismiss;
26     ///
27     ///
28     ///

THE
DOLAN
LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA
94102
Tel: (415) 421-2800
Fax: (415) 421-2830

- 2 -
**STIPULATION AND [PROPOSED] ORDER CONTINUING OPPOSITION AND REPLY DEADLINES REGARDING DEFENDANTS' MOTION TO DISMISS COMPLAINT**

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel, and request this Court to enter an Order as follows:

1. Plaintiffs' deadline to file their Opposition to State Defendants' Motion to Dismiss shall be extended by twenty-one (21) days, to and including April 15, 2016, and State Defendants' deadline to file a Reply to Plaintiffs' Opposition shall be extended by fourteen (14) days, to and including April 29, 2016.

2. Plaintiffs' deadline to file their Opposition to County Defendants' Motion to Dismiss shall be extended by twenty-one (21) days, to and including April 18, 2016, and County Defendants' deadline to file a Reply to Plaintiffs' Opposition shall be extended by fourteen (14) days, to and including May 2, 2016.

3. Defendants' Motions to Dismiss will be heard before this Court on May 12, 2016.

Dated:  3/17/2016

*/s/ Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam Jr.
United States District Judge

Approved As To Form:

**The Dolan Law Firm**

*/s/ Christopher B. Dolan*
Christopher B. Dolan
For the Plaintiffs

**Archer Norris**

*/s/ John L. Kortum*
John L. Kortum
For the County Defendants

**Attorney General, State Of California**

*/s/ Charles J. Antonen*
Charles J. Antonen
For the State of California Defendants

THE
DOLAN
LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA
94102
Tel: (415) 421-2800
Fax: (415) 421-2830

- 3 -
**STIPULATION AND [PROPOSED] ORDER CONTINUING OPPOSITION AND REPLY DEADLINES REGARDING DEFEDANTS' MOTION TO DISMISS COMPLAINT**