Christopher B. Dolan (SBN 165358)
Aimee E. Kirby (SBN 216909)
**THE DOLAN LAW FIRM, PC**
1438 Market Street
San Francisco, California 94102
Telephone:  (415) 421-2800
Facsimile:   (415) 421-2830

Attorneys for PLAINTIFF
JAHI MCMATH, a minor
and NAILAH WINKFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHI MCMATH, a minor; NAILAH WINKFIELD, an individual, as parent, as guardian, and as next friend of JAHI McMath, a minor<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA;<br>COUNTY OF ALAMEDA, et al<br><br>    Defendants. | Case No. 3:15-cv-06042 HSG<br><br>**STIPULATION AND ORDER TO SET STATUS CONFERENCE**<br><br>**Judge:** The Honorable Haywood S. Gilliam, Jr.<br>**Action filed:** December 23, 2015 |

This Stipulation is entered into by all plaintiffs and defendants, by and through their respective counsel. The parties have meet and conferred, and after said meeting, stipulated to selecting the following date for the next Status Conference in this matter:  November 6, 2018, at 2:00 p.m. A Joint Status Conference Statement shall be filed with the Court on October 30, 2018. The parties hereby request the Court set said conference.

IT IS SO STIPULATED.

///

- 1 -
**STIPULATION AND ORDER TO SET STATUS CONFERENCE**

| | |
|---|---|
| Dated: Oct. ___, 2018 | **DOLAN LAW FIRM, PC** |
| | By_____ |
| | Christopher Dolan, Esq. |
| | Aimee E. Kirby, Esq. |
| | Attorney for Plaintiffs |
| | |
| Dated: Oct. ___, 2018 | **SEVERSON & WERSON** |
| | By_____ |
| | John L. Kortum, Esq. |
| | Attorney for County Defendants |
| | |
| Dated: Oct. ___, 2018 | **ATTORNEY GENERAL, STATE OF CA** |
| | By_____ |
| | Charles J. Antonen, Esq. |
| | Attorney for the State of California Defendants |
| | |
| Dated: Oct. ___, 2018 | **COLE PEDROZA LLP** |
| | By_____ |
| | Kenneth Pedroza, Esq. |
| | Dana Stenvick |
| | Attorney for Fredrick Rosen, MD and UCSF Benioff Children's Hospital Oakland |
| | |
| Dated: Oct. ___, 2018 | **DONNELLY, NESLON DEPOLO MURRAY AND EFREMSKY** |
| | By_____ |
| | Scott E. Murray, Esq. |
| | Sonja M. Dahl, Esq. |
| | Attorney for JAMES PATRICK HOWARD, MD |

///

THE
DOLAN
LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA
94102
Tel: (415) 421-2800
Fax: (415) 421-2830

Dated: Oct. ___, 2018                    **MCNAMARA, NEY, BEATTY, SLATTERY, BORGES AND AMBACHER**

By_____
Robert Hodges, Esq.
Attorney for ROBERT WESMAN, MD

Upon good cause shown,
IT IS SO ORDERED.

Dated: October 10, 2018                   *[signature: Haywood S. Gilliam Jr.]*
                                          Hon. Haywood S. Gilliam, Jr.
                                          United States District Judge

THE DOLAN LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830