Kenneth R. Pedroza (SBN 184906)
kpedroza@colepedroza.com
Dana L. Stenvick (SBN 254267)
dstenvick@colepedroza.com
COLE PEDROZA LLP
2295 Huntington Drive
San Marino, CA 91108
Tel: (626) 431-2787
Fax: (626) 431-2788

Attorneys for Intervening Defendants
FREDERICK S. ROSEN, M.D. and
UCSF BENIOFF CHILDREN'S HOSPITAL OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHI MCMATH, a minor, NAILAH WINKFIELD, an individual, as parent, as guardian, and as next friend of JAHI McMath, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No. 4:15-cv-06042-HSG<br>[Hon. Haywood S. Gilliam, Jr.]<br><br>[PROPOSED] **ORDER DISMISSING INTERVENORS** |

**ORDER**

This matter came on for a Further Case Management Conference on November 6, 2018 at 2:00 p.m. in Courtroom 2 of this Court, Judge Haywood S. Gilliam, Jr. presiding.

At the time of this Further Case Management Conference, the Court GRANTED the unopposed oral motion by Intervenors UCSF Benioff Children's Hospital Oakland, Frederick Rosen, M.D., James Howard, M.D., and Robert Wesman, M.D., to withdraw from this matter.

**IT IS HEREBY ORDERED** that Intervenors UCSF Benioff Children's Hospital Oakland, Frederick Rosen, M.D., James Howard, M.D., and Robert Wesman, M.D. are hereby dismissed from this matter with prejudice.

Dated: 12/7/2018

Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court