UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHI MCMATH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 15-cv-06042-HSG<br><br>**ORDER GRANTING IN PART STIPULATION AND PROPOSED ORDER CONTINUING DEADLINES**<br><br>Re: Dkt. No. 112 |

The Court has reviewed the parties' stipulation and proposed order continuing deadlines related to Plaintiffs' amended complaint, Dkt. No. 112, and **ORDERS** the following:

1. Plaintiffs' deadline to serve the proposed Amended Complaint shall be extended from December 6, 2018 to January 18, 2019, and Defendants' deadline to notify the Plaintiffs of their intent with respect to the Amended Complaint shall be extended from December 20, 2018 to February 1, 2019.
2. Any motion seeking leave to file an Amended Complaint must be filed on or before February 8, 2019.

**IT IS SO ORDERED.**

Dated: December 21, 2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge