Christopher B. Dolan (SBN 165358)
Aimee Kirby (SBN 216909)
**DOLAN LAW FIRM, PC**
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830
Attorneys for Plaintiff
JAHI MCMATH, a minor; and
NAILAH WINKFIELD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHI MCMATH, a minor; NAILAH WINKFIELD, an individual, as parent, as guardian, and as next friend of JAHI McMath, a minor<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA;<br>COUNTY OF ALAMEDA, et al.<br><br>Defendants. | Case No. 4:15-cv-06042-HSG<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Action Filed: December 23, 2015<br>Trial Date: None set |

### NOTICE OF STIPULATION AND DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

TO THE PARTIES HEREIN AND ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiff, Nailah Winkfield, and Defendants' State of California and County of Alameda et al., stipulate that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing their own costs and fees, including attorney fees.

///
///
///

Dated: January 30, 2019        By  /s/ Christopher B. Dolan
                                    Christopher B. Dolan
                                    Attorney for Plaintiffs

Dated: January 30, 2019        By  /s/ John C. Kortum
                                    John C. Kortum
                                    Attorney for County Defendants

Dated: January 30, 2019        By  /s/Charles J. Antonen
                                    Charles J. Antonen
                                    Attorney for the State of California Defendants

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(a)(ii), it is ordered that this action be, and hereby is, dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing their own costs and fees, including attorney fees.

DATED: 2/1/2019        By [signature] Haywood S. Gilliam Jr.
                            Hon. Haywood S. Gilliam, Jr.
                            UNITED STATES DISTRICT JUDGE